**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01281-CR

**RODNEY CRAIG KORNEGAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 11CL-0501-2**

## ORDER

The Court **ORDERS** court reporter Sherry Hooper to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 1, a video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sherry Hooper, official court reporter, County Court at Law No. 2, and to counsel for all parties.


/s/     DAVID EVANS
JUSTICE